UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
JERRY ADAMS,

                  Plaintiff,

      - against -

ANTHONY J. ANNUCCI, Acting Commissioner,
DOCCS, and ANN MARIE T. SULLIVAN,
Commissioner, Office of Mental Health,

                  Defendants.
--------------------------------------------------------------- X

17-cv-3794 (KMK)(JCM)

**ORDER AUTHORIZING THE**
**DEPOSITION OF**
**INCARCERATED PLAINTIFF**

**IT IS HEREBY ORDERED**, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), that an Assistant Attorney General may take the deposition of inmate Plaintiff Jerry Adams, DIN # 89-A-7005, before a notary public or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at a Correctional Facility maintained by the New York State Department of Corrections and Community Supervision, or virtually via a remote deposition at the same, upon notice to Plaintiff and the Superintendent of the Correctional Facility.

Dated: White Plains, New York
       July 12, 2021

SO ORDERED.

_____
JUDITH C. McCARTHY
United States Magistrate Judge

The Clerk is respectfully requested to mail a copy of this Order to the pro se Plaintiff.