**MEMO ENDORSED**



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

| LETITIA JAMES | DIVISION OF STATE COUNSEL |
|---|---|
| ATTORNEY GENERAL | LITIGATION BUREAU |

October 8, 2021

**VIA ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *Adams v. Annucci*, 17-CV-3794 (KMK)(JCM)

Dear Judge Karas:

This Office represents Defendants Anthony Annucci and Ann Marie Sullivan ("Defendants') in the above-referenced action. I write the Court respectfully seeking to adjourn the conference scheduled for October 12, 2021 as well as an extension of the fact discovery deadlines. I attempted to contact the Plaintiff to discuss this application but was unable to reach him.

Fact Depositions are scheduled to be completed by October 16, 2021. Due to the terms of Plaintiff's parole conditions as a registered sex offender, and the need to conduct this deposition virtually, the undersigned has been coordinating with the Plaintiff and his Parole Officer to be able to appear for the same. As such, additional time will be needed to schedule the deposition. As such, a thirty (30) day extension of all deadlines is needed. This is the fourth request for an extension of the deposition deadline and the third request for an extension of all fact discovery deadlines in this case.

If amenable to the Court it is respectfully requested that the deadlines be extended to the following:

A) All Fact Discovery: from November 3, 2021 to **December 3, 2021**
B) Fact Depositions: from October 16, 2021 to **November 16, 2021**

Page 2

We sincerely appreciate the Court's time and thank you for your consideration of this application.

Granted, but there will be NO more extensions. The conference is adjourned to 12/14/21, at 10:00 Defense counsel is to mail a copy of this memo endorsement to Plaintiff and certify this was done in a filing by 10/14/21.

So Ordered.

10/9/21

Respectfully submitted,

*S/ Julie A. Ortiz*
Julie A. Ortiz (JR1817)
Assistant Attorney General
28 Liberty Street, 18th Floor
New York, NY 10005
(212) 416-8476
Julie.Ortiz@ag.ny.gov

cc:   Jerry Adams (by regular mail)
      PO Box 663
      Glen Wild, NY 12738