**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JERRY ADAMS,

                Plaintiff,

      -against-                           17 **CIVIL** 3794 (KMK)

                                                      **<u>JUDGMENT</u>**

ANTHONY ANNUCCI, et al.,

                Defendants.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion & Order dated March 28, 2023, Defendants' Motion is granted;

accordingly, the case is closed.

**Dated:**  New York, New York

      March 28, 2023

                                          **RUBY J. KRAJICK**

                                   _____

                                       **Clerk of Court**

      **BY:**           K. Mango

                                       _____

                                       **Deputy Clerk**